U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 AUG -3 P 2:09

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

In Re: Application for Exemption from          )
the Electronic Public Access Fees             )          Misc. Case No. 2:26-mc-98
by Ethan Boldt                                )

     This matter is before the court upon the application and request by Ethan Boldt for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

     The court finds that Ethan Boldt as an Assistant Professor of Political Science at the University of Massachusetts Boston falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ethan Boldt has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Ethan Boldt shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his research at the University of Massachusetts Boston. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1.    this fee exemption applies only to Ethan Boldt and is valid only for the purposes stated above;

2.    this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3.    by accepting this exemption, Ethan Boldt agrees not to sell for profit any data obtained as a result of receiving this exemption;

4.    Ethan Boldt is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;

5.    this exemption is valid through August 3, 2027.

     This exemption may be revoked at the discretion of the court at any time. A copy of this Order shall be sent to the PACER Service Center.

     Dated at Burlington, in the District of Vermont, this _3rd_ day of August, 2026.

Christina Reiss, Chief Judge
United States District Court